UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAINA LISNAWATI,             No. C-12-02692 DMR

    Plaintiff(s),             **ORDER TO SHOW CAUSE**

    v.

HOMEWARD RESIDENTIAL,

    Defendant(s).
_____/

    Defendant Homeward Residential has filed a motion to dismiss. [Docket No. 12.] Currently, the motion is set for a court hearing on September 27, 2012. Plaintiff Shaina Lisnawati is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by August 16, 2012. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

    The court ORDERS <u>Plaintiff to respond by **August 31, 2012** and explain her failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit her opposition(s) to the court or (2) file a statement of non-opposition to the motion</u>. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by August 31, 2012, Defendant's motion may be granted.

    The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than September 11, 2012.

    IT IS SO ORDERED.

Dated: August 22, 2012



DONNA M. RYU
United States Magistrate Judge