United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAINA LISNAWATI,

        Plaintiff(s),

   v.

HOMEWARD RESIDENTIAL,

        Defendant(s).
_____/

No. C-12-02692 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for September 5, 2012 has been CONTINUED to **September 27, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 20, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3.

IT IS SO ORDERED.

Dated: August 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge