**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAINA LISNAWATI, | No. C-12-02692 DMR |
| Plaintiff(s), | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| HOMEWARD RESIDENTIAL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for September 5, 2012 has been CONTINUED to **September 27, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 20, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3.

IT IS SO ORDERED.

Dated: August 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge

*[Seal: IT IS SO ORDERED / Judge Donna M. Ryu / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*