**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAINA LISNAWATI,<br><br>        Plaintiff,<br><br>    v.<br><br>HOMEWARD RESIDENTIAL,<br><br>        Defendant.<br>_____/ | No. C-12-02692 DMR<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

    Defendant Homeward Residential has filed a motion to dismiss, currently set for a court hearing on September 27, 2012. Plaintiff Shaina Lisnawati failed to file any brief in opposition to the motion and failed to respond to the court's August 22, 2012 Order to Show Cause regarding her failure to respond to the motion [Docket No. 17]. The court hereby VACATES the September 27, 2012 hearing on Defendant's motion to dismiss as well as the initial Case Management Conference also set for September 27, 2012. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: September 5, 2012



_____
DONNA M. RYU
United States Magistrate Judge