**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAINA LISNAWATI, | No. C 12-02692 DMR |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| HOMEWARD RESIDENTIAL, et al., | |
| Defendants. _____/ | |

On May 25, 2012, Plaintiff Shaina Lisnawati filed suit in this Court, along with an application to proceed *in forma pauperis* ("IFP") and a Notice of Consent to Proceed Before a United States Magistrate Judge. [Docket Nos. 1, 2, 4.] This court granted Plaintiff's IFP application on June 6, 2012. [Docket No. 5.] On July 30, 2012, Defendant Homeward Residential, Inc. filed a motion to dismiss Plaintiff's complaint. Plaintiff did not respond to the motion. On August 22, 2012, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than August 31, 2012 explaining her failure to respond to the motion. [Docket No. 17.] Plaintiff did not respond to the Order to Show Cause, but instead filed an amended complaint without seeking leave of the court or Defendants' consent. [Docket No. 22.] Defendant Homeward Residential, Inc. filed a motion to dismiss Plaintiff's amended complaint on September 19, 2012. [Docket No. 23.] Plaintiff has not responded to Defendant's motion. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: October 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge